USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
UNITED STATES, :
:
:
-v- : 1:01-cr-00977-GHW-1
:
:
YESSENIA RODRIGUEZ, : ORDER
:
Defendant. :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The Court will hold a status conference in this case to discuss Ms. Rodriguez's motion to withdraw her guilty plea, Dkt No. 8, on January 17, 2020 at 11 a.m. The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The Court expects that Ms. Rodriguez, a representative of the U.S. Attorney's Office, and CJA counsel will be present at the conference.

The Clerk of Court is directed to mail a copy of this order to Ms. Rodriguez by first-class and certified mail.

SO ORDERED.

Dated: January 14, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge