

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020

February 14, 2020

**By ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:  *United States v. Yessenia Rodriguez*, 01 Cr. 977 (GHW)
     *Yessenia Rodriguez v. United States*, 19 Cv. 9421 (GHW)

Dear Judge Woods:

The United States writes with the consent of counsel for Yessenia Rodriguez to request a 30 day adjournment of the conference scheduled in the above captioned matter for February 19, 2020, at 10:00 a.m. Because Ms. Rodriguez's bail jumping conviction occurred in 2006, both parties are still working to locate and review files relating to that matter that will be important to determining next steps. The additional time will allow the parties to continue review Ms. Rodriguez's petition for a writ of *coram nobis* and to discuss a potential resolution to the matter.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

Application granted. The status conference scheduled for February 19, 2020 at 10:00 a.m. is adjourned to March 23, 2020 at 4:00 p.m.

SO ORDERED.

Dated: February 18, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge