UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES,
                   -v-

1:01-cr-00977-GHW-1

   YESSENIA RODRIGUEZ,                   ORDER

                           Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court scheduled a conference in this matter for March 23, 2020 at 4:00 p.m. The Court anticipated that in advance of the conference, the parties would submit a status update letter to the Court and a proposed order to implement any agreed-upon relief. The Court has not received any correspondence from the parties since the prior conference. Accordingly, the parties are directed to submit a joint letter to the Court describing the status of the case and the parties' respective positions regarding the appropriate next steps in this case. The Court hopes to be able to advance this case on the basis of the parties' submissions.

       The conference scheduled for March 23, 2020 is adjourned *sine die*.

       SO ORDERED.

Dated: March 17, 2020
       New York, New York

                                                  GREGORY H. WOODS
                                                United States District Judge