UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                 :

UNITED STATES,                              :

                                               :

                     -v-                   :                              1:01-cr-00977-GHW-1
                                         :

YESSENIA RODRIGUEZ,          :                           ORDER

                                             :

                                  Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As described on the record during the conference held on May 29, 2020, the parties are

directed to submit a joint letter to the Court describing the status of the case no later than June 29,

2020.  To the extent that the parties are unable to reach a resolution of the matter, the Court

requests that the parties outline in their letter the issues that remain to be litigated.  To the extent

that an evidentiary hearing is warranted, the parties are directed to describe the factual issues in

dispute, and to provide an estimate regarding the anticipated duration of the evidentiary hearing.

       SO ORDERED.

Dated:  May 29, 2020

                                     _____
                                         GREGORY H. WOODS
                                        United States District Judge